**Edmund O. SCHWEITZER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent (two cases).**

No. 5323, 5324.

Circuit Court of Appeals. Seventh Circuit.

Nov. 24, 1937.

Hugh W. McCulloch, of Chicago, Ill., for petitioner.

James W. Morris, Department of Justice, and James P. Wenchel, Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before EVANS, SPARKS, and LINDLEY, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States directing that the judgment of this court heretofore entered in this cause on February 23, 1935, be reversed, and for further proceedings in conformity with the opinion of said court, having been received and filed, on consideration whereof, it is now here ordered that the mandate of this court heretofore issued to the United States Board of Tax Appeals on March 16, 1935, be, and the same is hereby, recalled.

It is further ordered that the judgment of this court heretofore entered on February 23, 1935, be, and the same is hereby, vacated.

It is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered in this cause on March 27, 1934, be, and the same is hereby, affirmed.

■

**SEARS, ROEBUCK & CO., a Corporation, Plaintiff-Appellant, v. Carter H. HARRISON, Individually and as Collector of Internal Revenue for the First Collection District of Illinois, Defendant-Appellee.**

No. 6546.

Circuit Court of Appeals, Seventh Circuit.

March 23, 1938.

Charles Lederer, Sigmund Livingston, and Bert L. Klooster, all of Chicago, Ill., for appellant.

M. L. Igoe, U. S. Atty., of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.